335 A.2d 348
COMMONWEALTH of Pennsylvania,
Appellee,

v.

Carnell THOMAS, Appellant (two cases).

Supreme Court of Pennsylvania.

Argued Nov. 20, 1974.

Decided April 17, 1975.

Gerald P. Ginley, Philadelphia, for appellant.

F. Emmett Fitzpatrick, Dist. Atty., Richard A. Sprague, 1st Asst. Dist. Atty., Steven H. Goldblatt, Asst. Dist. Atty., Chief, Appeals Division, Benjamin H. Levintow, Asst. Dist. Atty., Abraham J. Gafni, Deputy Dist. Atty. for Law, Philadelphia, for appellee.

Before EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

ORDER

PER CURIAM.
Judgments affirmed.

JONES, C. J., did not participate in the consideration or decision of this case.